UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFINASRABADI,
   a/k/a "Sahand Yousefi Nasrabadi,"

   Petitioner,

v.

MARCELLO VILLEGAS, et al.,

   Respondents.

No. 1:26-CV-015-H

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas. Dkt. No. 1. The Court finds good cause to give the respondents days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than February 2, 2026.[1] The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than February 17, 2026.[2] The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 12:00 p.m. CT on January 13, 2026, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give

---

[1] Normally, the 20-day deadline would fall on February 1, 2026. But because January 31 is a Sunday, the deadline is extended to February 2. *See* Fed. R. Civ. P. 6(a)(1)(C).

[2] Because February 16, 2026 is President's Day, the reply deadline is extended to February 17, 2026.

the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition and its attachments (Dkt. Nos. 1-1 to 1-4), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 5:00 p.m. CT on January 12, 2026, which shall constitute good and sufficient service on the respondents.

So ordered on January 12, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE