UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFINASRABADI,
   a/k/a "Sahand Yousefi Nasrabadi,"

   Petitioner,

v.

                                                     No. 1:26-CV-015-H

MARCELLO VILLEGAS, et al.,

   Respondents.

## ORDER

Before the Court is Sahand Yousefinasrabadi's opposed motion to waive the local counsel requirements set forth in Local Civil Rule 83.10. Dkt. No. 1 at 12 n.4.[1] For the reasons stated in the motion, the motion is granted.

So ordered on January 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] The Court treats the motion as opposed because counsel did not attach a certificate of conference to the motion. While no certificate of conference is necessary for the filing of a habeas petition (in which the motion is attached), the Local Civil Rules require a conference and certificate of conference for most motions. *See* Loc. Civ. R. 7.1 (a)–(b), (h).