UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFINASRABADI,
  a/k/a "Sahand Yousefi Nasrabadi,"

  Petitioner,

v.                                                     No. 1:26-CV-015-H

MARCELLO VILLEGAS, et al.,

  Respondents.

## ORDER

Before the Court is the respondents' unopposed motion for extension of time to respond to the petition for a writ of habeas corpus. Dkt. No. 9. The Court, finding good cause for an extension of the deadline, grants the motion. It is therefore ordered that the respondents shall file a response to the habeas petition (Dkt. No. 1) on or before February 13, 2026. The petitioner may file a reply brief on or before February 27, 2026

So ordered on February 2, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE