UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFINASRABADI,
   a/k/a "Sahand Yousefi Nasrabadi,"

   Petitioner,

v.

MARCELLO VILLEGAS, et al.,

   Respondents.

No. 1:26-CV-015-H

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Before the Court is Sahand Yousefinasrabadi's motion for a writ of habeas corpus ad testificandum. Dkt. No. 21. The motion is granted. The Court orders that the United States Marshals Service shall produce Sahand Yousefinasrabadi, Alien Number 212-324-911, now in the custody of the Department of Homeland Security, Bluebonnet Detention Facility, at 1:00 p.m. on May 15, 2026, to testify at the Court's hearing regarding his habeas petition in the United States Courthouse, Courtroom C-216, 1205 Texas Avenue, Lubbock, Texas, 79401. At the conclusion of the hearing, the United States Marshals shall return Yousefinasrabadi to his place of custody or other appropriate place.

Copies of the writ shall be forwarded to the petitioner, his counsel of record, the respondents, the Warden of the Bluebonnet Detention Facility, and the United States Marshals Service.

So ordered on May 5, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE