UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| SAHAND YOUSEFINASRABADI, | § § § | |
| a/k/a "Sahand Yousefi Nasrabadi," Alien ID No. 212-324-911 | Petitioner § § § | No. 1:26-cv-0015-H |
| | § § | |
| v. | § § | |
| Marcello Villegas, et al | § § | |
| | Respondent § | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Warden of the Bluebonnet Detention Center
400 E 2nd St.
Anson, TX 79501

United States Marshal
Northern District of Texas

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of Sahand Yousefinasrabadi, Alien Number 212-324-911, now in the custody of the Department of Homeland Security, Bluebonnet Detention Facility, at 1:00 p.m. on May 15, 2026, to testify at the Court's hearing regarding his habeas petition in the United States Courthouse, Courtroom C-216, 1205 Texas Avenue, Lubbock, Texas, 79401. At the conclusion of the hearing, the United States Marshals shall return Yousefinasrabadi to his place of custody or other appropriate place.

KAREN MITCHELL
UNITED STATES DISTRICT CLERK

By: S.Homer
Deputy Clerk