UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SAHAND YOUSEFINASRABADI,
   a/k/a "Sahand Yousefi Nasrabadi,"

    Petitioner,

v.                                    No. 1:26-CV-015-H

MARCELLO VILLEGAS, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 29.  The joint stipulation is approved.  It is ordered that the petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is dismissed without prejudice, and the Clerk of Court is directed to close this case.  The parties shall each bear their own costs and attorneys' fees.

In light of the joint stipulation of dismissal, the petitioner's motion in limine (Dkt. No. 22) is denied as moot.  The Court vacates the May 15, 2026 hearing (Dkt. No. 20) and cancels the writ of habeas corpus ad testificandum (Dkt. No. 27).

So ordered on May 11, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE